IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR43 |
| v. | |
| LOLA JEAN KEARNES, | ORDER |
| Defendant. | |

    This matter is before the Court on the government's Motion for Dismissal (Filing No. 39) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss, without prejudice, the Indictment (Filing No. 1) against Lola Jean Kearnes. The Court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 39) is granted.
2. The Indictment (Filing No. 1) is dismissed without prejudice as to defendant Lola Jean Kearnes only.

Dated this 22nd day of August 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge